AE

# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
# ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an a[ttorney must either be a member in good] standing of this Court's general bar or be grante[d leave to appear pro hac vice as provided for] by Local Rules 83.12 through 83.14.

07CV 6618
JUDGE DER-YEGHIAYAN
MAGISTRATE JUDGE NOLAN

In the Matter of

Central States, Southeast and Southwest Areas Pension Fund, and Howard McDougall, Trustee, (Plaintiffs),
v.
Mehlville Chrysler, Inc., d/b/a Metro Chrysler, a Missouri corporation, (Defendant).

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Central States, Southeast and Southwest Areas Pension Fund, and Howard McDougall, Trustee, (Plaintiffs)

FILED
NOV 2 6 2007
NOV 26 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

NF

NAME (Type or print)
John J. Franczyk, Jr.

SIGNATURE (Use electronic signature if the appearance form is filed electronically)
s/ [signature]

FIRM
Central States Law Department

STREET ADDRESS
9377 W. Higgins Road, 10th Floor

CITY/STATE/ZIP
Rosemont, IL 60018

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 06224947 | (847) 518-9800, Ext. 3464 |

ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? YES ☐ NO ☑

ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? YES ☐ NO ☑

ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? YES ☑ NO ☐

IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? YES ☑ NO ☐

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐ APPOINTED COUNSEL ☐