AE

# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court standing of this Court's general bar or be gra by Local Rules 83.12 through 83.14.

07CV 6618
JUDGE DER-YEGHIAYAN
MAGISTRATE JUDGE NOLAN

In the Matter of

Central States, Southeast and Southwest Areas Pension Fund, and Howard McDougall, Trustee, (Plaintiffs),

v.

Mehlville Chrysler, Inc., d/b/a Metro Chrysler, a Missouri corporation, (Defendant).

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Central States, Southeast and Southwest Areas Pension Fund, and Howard McDougall, Trustee, (Plaintiffs)

FILED
NOV 26 2007
NOV 26 2007    NF
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| NAME (Type or print) |
|---|
| Timothy C. Reuter |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ Timothy C. Reuter |

| FIRM |
|---|
| Central States Law Department |

| STREET ADDRESS |
|---|
| 9377 W. Higgins Road, 10th Floor |

| CITY/STATE/ZIP |
|---|
| Rosemont, IL 60018 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 06279373 | (847) 518-9800, Ext. 3481 |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ✓ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | | ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | | ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | | ✓ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐