## United States District Court for the Northern District of Illinois

Case Number: 07CV6618          Assigned/Issued By: NF

Judge Name: DER-YEGHIAYAN      Designated Magistrate Judge: NOLAN

---

**FEE INFORMATION**

*Amount Due:*   [✓] $350.00    [ ] $39.00    [ ] $5.00
                [ ] IFP        [ ] No Fee    [ ] Other _____
                [ ] $455.00

Number of Service Copies _____          Date: _____

(For Use by Fiscal Department Only)

Amount Paid: 350.00              Receipt #: 10342160

Date Payment Rec'd: 11/26/7      Fiscal Clerk: NF

---

**ISSUANCES**

[✓] Summons                              [ ] Alias Summons

[ ] Third Party Summons                  [ ] Lis Pendens

[ ] Non Wage Garnishment Summons         [ ] Abstract of Judgment

[ ] Wage-Deduction Garnishment Summons   _____
                                         _____
[ ] Citation to Discover Assets          (Victim, Against and $ Amount)

[ ] Writ _____
         (Type of Writ)

__1__ Original and __1__ copies on __11/26/7__ as to __DEF__
                                   (Date)

---

C:\wpwin80\docket\feeinfo.frm    03/14/05