AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Central States, Southeast and Southwest Areas
Pension Fund, and Howard McDougall, Trustee,
(Plaintiffs),

V.

Mehlville Chrysler, Inc., d/b/a Metro Chrysler,
a Missouri corporation, (Defendant).

07CV 6618
JUDGE DER-YEGHIAYAN
MAGISTRATE JUDGE NOLAN

DESIGNATED

MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

Mehlville Chrysler, Inc.
d/b/a Metro Chrysler,
c/o Brian Lord, Sr. - President
1411 Westhampton View Lane
Chesterfield MO  63005

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Timothy C. Reuter, Esq.
Central States Law Department
9377 W. Higgins Road, 10th Floor
Rosemont, IL  60018

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

(By) DEPUTY CLERK

NOV 2 6 2007

DATE

AO 440 (Rev 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE DECEMBER 5TH, 2007, 11:47AM |
| NAME OF SERVER *(PRINT)* STORMI L. SMITH, MARKELL + ASSOC | TITLE PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.    BY PERSONAL SERVICE ON GRIFFIN LORD,

Name of person with whom the summons and complaint were left: RESIDENT AT 1411 WESTHAMPTON VIEW LA, WILDWOOD, MO, 63040

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on DECEMBER 5TH, 2007    *[signature: Stormi L Smith]*
         Date                     Signature of Server

2300 W. PORT PLZ. DR. STE 202
ST. LOUIS, MO 63146
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.