IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND, and HOWARD McDOUGALL, Trustee,<br><br>Plaintiffs,<br><br>v.<br><br>MEHLVILLE CHRYSLER, INC., d/b/a METRO CHRYSLER, a Missouri corporation,<br><br>Defendants. | ) ) ) ) ) Case No. 07 C 6618 ) ) Judge Der-Yeghiayan ) ) Magistrate Judge Nolan ) ) ) ) |

### AFFIDAVIT OF TIMOTHY REUTER

I, Timothy Reuter, having been fully sworn on oath, depose and state as follows:

1. I am an attorney employed by the Central States, Southeast and Southwest Areas Pension Fund (hereinafter referred to as the "Fund") and I am familiar with the pending litigation.

2. I have reviewed Central States billing records (attached as Exhibit 1 to this affidavit) and have determined that the work performed in connection with this case was performed by myself (TCR) and Deborah Bolden (DRB) paralegal. I was admitted to the bar of the State of Illinois on May 8, 2003.

3. I believe that a reasonable rate for the aforementioned services is $150.00 per hour for work performed by myself. I believe a reasonable rate for the aforementioned services is $90.00 per hour for work performed by Deborah Bolden. On that basis, the

F:249580 / 07420017 / 1/11/08

-1-

total of legal fees incurred in this matter is $832.50  (4.8 hours x $150.00 per hour for myself, and 1.25  hours x $90.00 per hour for Deborah Bolden).

4. The Fund has also incurred the following costs (detailed in Exhibit 1 to this affidavit) in connection with this litigation:

      Costs                         $350.00

5. I believe that the aforementioned costs were necessarily incurred and are reasonable in amount.

| | |
|---|---|
| Attorney Fees | $ 832.50 |
| Costs | $ 350.00 |
| TOTAL | $1,182.50 |

Further Affiant Sayeth Not.

_____
Timothy C. Reuter

Subscribed and sworn to before me,
a Notary Public, this __16TH__
day of __JANUARY__, 2008.

_____
Notary Public

Official Seal
Crystal L Hamilton
Notary Public State of Illinois
My Commission Expires 07/21/2009

# Exhibit 1

| 1/11/2008 | Central States Funds | |
|---|---|---|
| 9:23 AM | Pre-bill Worksheet | Page   1 |

| Selection Criteria |
|---|

| Cont.Selection | Include: 07420017 |
|---|---|

| Nickname | 07420017 | Mehlville Chrys |
|---|---|
| Full Name | Mehlville Chrysler, Inc II |
| Address | 07420017 |
| | WLL |
| | 2 |

| Phone 1 | | Phone 2 | |
|---|---|---|---|
| Phone 3 | | Phone 4 | |
| In Ref To | | | |

| Date | Attorney | Rate | Hours | Amount | Total |
|---|---|---|---|---|---|
| ID | Task | Markup % | DNB Time | DNB Amt | |
| 11/19/2007 | TCR | 150.00 | 0.70 | 105.00 | Billable |
| 170879 | Activity | | | | |
| | Research registered agent. | | | | |
| 11/26/2007 | TCR | 150.00 | 1.30 | 195.00 | Billable |
| 170894 | Activity | | | | |
| | Prepare and file Complaint. | | | | |
| 11/27/2007 | DRB | 90.00 | 0.25 | 22.50 | Billable |
| 170547 | Activity | | | | |
| | Prepare cover letter to proces server to serve summons & complaint; prepare for overnight mail. | | | | |
| 11/29/2007 | DRB | 90.00 | 1.00 | 90.00 | Billable |
| 170623 | Activity | | | | |
| | Spoke with process server regarding service of company's president, consulted with Tim C. Reuter to find out how to proceed; typed memo to file. | | | | |
| 12/4/2007 | TCR | 150.00 | 0.30 | 45.00 | Billable |
| 170924 | Activity | | | | |
| | Review Minute Order. | | | | |
| 12/13/2007 | TCR | 150.00 | 0.50 | 75.00 | Billable |
| 170963 | Activity | | | | |
| | File Certificate of Service. | | | | |
| 1/4/2008 | TCR | 150.00 | 2.00 | 300.00 | Billable |
| 171024 | Activity | | | | |
| | Prepare Default Judgment. | | | | |
| TOTAL | Billable Fees | | 6.05 | $832.50 | |

1/11/2008  
9:24 AM

Central States Funds  
Pre-bill Worksheet

Page    2

07420017:Mehlville Chrysler, Inc II (continued)

| Date<br>ID | Attorney<br>Expense | Price<br>Markup % | Quantity | Amount | Total |
|---|---|---|---|---|---|
| 11/26/2007<br>169202 | TCR<br>Expenses<br>Clerk of the Court, U.S. District Court, Northern District of Illinois<br>Complaint Filing Fee | 350.00 | 1.000 | 350.00 | Billable |

| TOTAL | Billable Costs | | | | $350.00 |

| | | | | Amount | Total |
|---|---|---|---|---|---|
| Total of Fees (Time Charges) | | | | | $832.50 |
| Total of Costs (Expense Charges) | | | | | $350.00 |
| Total new charges | | | | | $1,182.50 |
| Total New Balance | | | | | $1,182.50 |