**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND, and HOWARD McDOUGALL, Trustee, | ) ) ) ) |
| Plaintiffs, | ) Case No. 07 C 6618 ) |
| v. | ) Judge Der-Yeghiayan ) |
| MEHLVILLE CHRYSLER, INC., d/b/a METRO CHRYSLER, a Missouri corporation, | ) Magistrate Judge Nolan ) ) ) |
| Defendants. | ) |

**NOTICE OF MOTION**

TO:   Brian Lord
      Registered Agent, Metro Chrysler
      1411 Westhampton View
      Wildwood, MO 63040

   PLEASE TAKE NOTICE that on Tuesday, January 22, 2008 at the hour of 9:00 a.m., or as soon thereafter as counsel may be heard, the Plaintiffs' attorney will appear before the Honorable Judge Der-Yeghiayan, Judge of the United States District Court for the Northern District of Illinois, located at 219 South Dearborn Street, Chicago, Illinois, or such other Judge as may be sitting in his stead, and present Plaintiffs' Motion for Entry of Judgment by Default.

                                        Respectfully submitted,


                                        /s/ Timothy C. Reuter
                                        Timothy C. Reuter

F:249581 / 07420017 / 1/16/08

## **CERTIFICATE OF SERVICE**

I, Timothy C. Reuter, one of the attorneys for Plaintiffs, Central States, Southeast and Southwest Areas Pension Funds, certify that I served the foregoing Notice of Motion and Plaintiff's Motion for Entry of Default and Default Judgment on Defendant by mailing said Notice of Motion and Plaintiff's Motion for Entry of Default and Default Judgment to:

>Brian Lord
>Registered Agent, Metro Chrysler
>1411 Westhampton View
>Wildwood, MO 63040

Said Notice of Motion and Plaintiff's Motion for Entry of Default and Default Judgment was sent via UPS overnight delivery, tracking number 1Z 395 1X9 22 1010 5408, from 9377 West Higgins Road, Rosemont, Illinois, 60018-4938, this 16th day of January, 2008.

>/s/ Timothy C. Reuter
>Timothy C. Reuter
>One of Central States' Attorneys