

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Samuel Der-Yeghiayan | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6618 | **DATE** | 1/22/2008 |
| **CASE TITLE** |  | Central States Southeast And Southwest Areas Pension Fund, et al. vs. Mehlville Chrysler, Inc. | |

**DOCKET ENTRY TEXT**

Motion hearing held. Plaintiffs' motion for default judgment [11] is granted. Default judgment is hereby entered in favor of the plaintiffs and against defendant Mehlville Chrysler, Inc. in the total amount of $1,015,658.03. All pending dates and motions are hereby stricken as moot. Civil case terminated.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | maw |
|---|---|---|