

# United States District Court

## Northern District of Illinois
### Eastern Division

| | |
|---|---|
| Central States, SE and SW Areas PenFd, et al. | **JUDGMENT IN A CIVIL CASE** |
| v. | Case Number: 07 C 6618 |
| Mehlville Chrysler, Inc | |

☐  Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■  Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that Plaintiffs' motion for default judgment [11] is granted. Default judgment is hereby entered in favor of the plaintiffs Central States, SE and SW Areas PenFd and Howard McDougall and against defendant Mehlville Chrysler, Inc. in the total amount of $1,015,658.03 pursuant to the Court's Judgement Order dated 01/22/08.

Michael W. Dobbins, Clerk of Court

Date: 1/22/2008       \_Michael Wing_____
                      /s/ Michael A. Wing, Deputy Clerk