## United States District Court for the Northern District of Illinois

Case Number: 07cv6618                    Assigned/Issued By: j. n.

Judge Name:                              Designated Magistrate Judge:

---

### FEE INFORMATION

*Amount Due:*  ☐ $350.00   ☐ $39.00   ☐ $5.00
              ☐ IFP       ☐ No Fee   ☐ Other _____
              ☐ $455.00

Number of Service Copies _____       Date: _____

(For Use by Fiscal Department Only)

Amount Paid: _____           Receipt #: _____

Date Payment Rec'd: _____          Fiscal Clerk: _____

---

### ISSUANCES

☐ Summons                                    ☐ Alias Summons

☐ Third Party Summons                        ☐ Lis Pendens

☑ Non Wage Garnishment Summons               ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons         _____
                                             _____
☐ Citation to Discover Assets                (Victim, Against and $ Amount)

☐ Writ _____
       (Type of Writ)

_1_ Original and _1_ copies on _4-3-08_ as to  columbia national bank
                              (Date)

---

C:\wpwin80\docket\feeinfo.frm    03/14/05