

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CENTRAL STATES, SOUTHEAST and SOUTHWEST AREAS PENSION FUND,<br>    Plaintiffs,<br>-vs-<br><br>MEHLVILLE CHRYSLER, INC., d/b/a METRO CHRYSLER, a Missouri corporation,<br>    Defendant,<br><br>and<br><br>COLUMBIA NATIONAL BANK<br>700 COLUMBIA CENTRE<br>COLUMBIA, IL  62236<br><br>    Garnishee-Defendant. | CASE NO.   07 C 6618<br>Judge Der-Yeghiayan |

**FILED** APR 3 2008 MICHAEL W. DOBBINS, CLERK, U.S. DISTRICT COURT

### AFFIDAVIT FOR GARNISHMENT (NON-WAGE)

Timothy C. Reuter, on oath states:

1. Judgment was entered on January 22, 2008, for judgment creditor(s) Central States, Southeast and Southwest Areas Pension Fund and Howard McDougall and against judgment debtor(s) Mehlville Chrysler, Inc. d/b/a Metro Chrysler for $1,015,658.03 and costs.

2. $_____-0-_____ has been paid on judgment.

3. There is unpaid on the judgment:

   $1,105,658.03   principal

   $      -0-      cost

   $   20,366.09   interest

   **$ 1,036,024.12**   TOTAL

4. I believe garnishee **Columbia National Bank** is indebted to the judgment debtor, other than wages, or has in its possession, custody or control property belonging to judgment debtor or in which the judgment debtor has an interest.

5. I request that summons issue directed to garnishee.

**I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.**

EXECUTED ON:      April 2, 2008

NAME:               Timothy C. Reuter
ATTORNEY FOR:   Central States Funds, et al.
ADDRESS:           9377 West Higgins Road
CITY:                  Rosemont, Illinois 60018-4938
TELEPHONE:       (847) 518-9800, Ext.3481

F:38432 / FORMS / 4/2/08                         -1-

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND<br>    Plaintiffs,<br><br>-vs-<br><br>MEHLVILLE CHRYSLER, INC., d/b/a METRO CHRYSLER<br>    Defendant,<br><br>and<br><br>COLUMBIA NATIONAL BANK<br>    Garnishee-Defendant. | CASE NO.   07 C 6618<br>Judge Der-Yeghiayan |

### INTERROGATORIES TO GARNISHEE

1. When you were served with the summons, did you have in your possession, custody or control any property belonging to the judgment debtor or in which the judgment debtor had an interest?

 ANSWER: _____
     (Yes or No)

2. If your answer is yes, describe the property:

_____

_____

_____

3. When you were served with the summons, were you otherwise indebted to the judgment debtor, no matter when payable?

 ANSWER: _____
     (Yes or No)

4. If your answer is yes, state:

 Description: _____

 Amount: $ _____

 Date Due: _____

### AFFIDAVIT

_____ on oath states that the answers to the interrogatories are true.

F:38432 / FORMS / 4/2/08        -2-